UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK D. COLEMAN,

        Plaintiff,                    Case No. 1:14cv681

v.                                      Hon. Robert J. Jonker

KAREN S. RICH, et al.,

        Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on December 30, 2015.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 30, 2015, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that defendants Dykstra, Rich, Smith and Stieve's motion for summary judgment (docket no. 28) is **GRANTED**, that plaintiff's motion for summary judgment (docket no. 32) is **DENIED**, that plaintiff's motion for deposition(s) (docket no. 37) is **DENIED**, and that defendant Dr. Squier's motion for summary judgment (docket no. 38) is **GRANTED**.  This matter is **CLOSE**D.

                                      /s/Robert J. Jonker
                                        Robert J. Jonker
                                  Chief United States District Judge

Dated:  January 21, 2016